IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. District Court
District of Kansas

JUN - 5 2012

Clerk, U.S. District Court
By _____ Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action |
| | ) | |
| v. | ) | No. 12-M-6106-01-KMH |
| | ) | |
| BERNICE ESPARRA RAMIREZ, | ) | |
| | ) | |
| Defendant. | ) | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT 1

### POSSESSION WITH THE INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE
### 21 U.S.C. 841(a)(1)

On or about June 2, 2012, in the District of Kansas,

**BERNICE ESPARRA RAMIREZ,**

the defendant herein, did knowingly, intentionally, and unlawfully possess, with the intent to distribute, 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a controlled substance.

In violation of Title 21 United States Code Section § 841(a)(1)

_____
Aaron J. Tabing
Task Force Officer
Drug Enforcement Administration

Subscribed to and sworn before me this 5th day of June, 2012, at Wichita, Kansas.

_____
KAREN M. HUMPHREYS
U.S. Magistrate Judge

2

## AFFIDAVIT

I, Aaron J. Tabing, being duly sworn, depose and state the following:

I am a Task Force Officer with the Drug Enforcement Agency. I have been a law enforcement officer for 12 years and have been a Task Force Officer with the Drug Enforcement Agency for 4 years.

On June 2, 2012, Trooper James McCord with the Kansas Highway Patrol (KHP) stopped a 2012 Ford bearing Nevada registration 467 XXH for speeding on I-70 at M.P. 156 east bound on I-70 in Ellis County, Kansas. Trooper McCord contacted the driver and lone occupant of the Ford, Bernice Esparra RAMIREZ who produced a Nevada driver's license. RAMIREZ told Trooper McCord she was en route to Wichita, Kansas to visit her boyfriend. Trooper McCord inspected the rental agreement for the Ford, which showed the vehicle was rented by RAMIREZ in Las Vegas on May 31, 2012 and was due back in Las Vegas on June 5, 2012.

Trooper McCord issued RAMIREZ a warning citation for speeding and concluded the traffic stop. Trooper McCord then engaged RAMIREZ in a consensual encounter and was granted consent to search the Ford. A search of the vehicle produced 3.75 pounds of methamphetamine which was discovered inside a false compartment in the vehicles battery. RAMIREZ was placed under arrest and advised of her rights per the Miranda Agreement by Trooper McCord. RAMIREZ waived her rights.

TFO Doug Rule from the DEA GCRO conducted an interview of RAMIREZ. RAMIREZ told TFO Rule she knew she was hauling drugs but didn't know what type of

drugs. RAMIREZ claimed she was being paid to haul the drugs but didn't know how much she would be paid. RAMIREZ refused to cooperate for a controlled delivery.

A field test of the methamphetamine was conducted by Trooper McCord and produced a positive result for methamphetamine. RAMIREZ was released to the Ellis County, Jail for incarceration.

AARON J. TABING
Task Force Officer
Drug Enforcement Agency

Subscribed to and sworn before me this 5th day of June, 2012, at Wichita, Kansas.

KAREN M. HUMPHREYS
U.S. Magistrate Judge